City of Fernandina, Plaintiff in Error, vs. James E. Morse and Robert E. Addison, partners doing business under the firm name of Morse & Addison, Defendants in Error.

### DIVISION A.

Writ of error to Circuit Court, Nassau county; R. M. Call Judge.

*H. J. Baker,* for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.